

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00197-CV

**IN THE MATTER OF THE GUARDIANSHIP** OF Carlos Y. **BENAVIDES**, Jr.,
an Incapacitated Person

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2011PB000081L2
Honorable Jesus Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the probate court's order finding that Leticia Russo Benavides has an interest adverse to the interests of Carlos Y. Benavides, Jr. and thereby lacks standing to participate in the underlying guardianship proceeding is AFFIRMED. The appellees' motion to dismiss the remainder of this appeal is GRANTED, and the remainder of this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that appellees recover all their costs of this appeal from appellant.

SIGNED February 19, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice